# EXHIBIT 1

Testimony of

Richard Anderson
President & Chief Executive Officer
National Railroad Passenger Corporation



Before the
United States House of Representatives
House Committee on Transportation & Infrastructure

The Cost of Doing Nothing:
Why Investing in our Nation's Infrastructure Cannot Wait

Thursday, February 7, 2019 9:30 a.m.

Amtrak
1 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 906-3918

## INTRODUCTION

Good morning, and thank you Chairman DeFazio, Ranking Member Graves, and all of the members of this Committee for holding this important hearing to discuss the urgent need to invest in our nation's infrastructure.

My name is Richard Anderson, and I serve as the President and Chief Executive Officer of Amtrak. I started as CEO in 2017 and prior to that I served as the CEO for Delta Air Lines, CEO for Northwest Airlines, and the President of Commercial Business at United Health Group. It is my pleasure to testify before you today on behalf of our 20,000 dedicated employees.

Today, I am going to discuss why we should not delay investment in intercity passenger rail and the consequences if we do wait; I will describe some of the major infrastructure, equipment, and stations projects Amtrak plans to advance over the next five years; and I will provide context for why intercity passenger rail has a bright future if we make smart investments and decisions as we prepare for the next generation.

## THE COST OF DOING NOTHING

Unseen by many, and unconsidered by most, the structures and assets that make up America's infrastructure lie at the heart of our economy and enable every one of us to live our lives in safety and comfort. Without our transportation, energy, and communication networks, we would not enjoy the freedom and convenience to raise our families, conduct our businesses, and live our lives as we do.

We owe a great debt to generations past for making significant investments of time, talent, and treasure to build these networks. Americans across the country are relying on Federal leaders in Washington to help maintain and, where necessary, expand these networks to protect and improve the nation's economic and social health and our collective defense. Generations to come are depending on us to be careful stewards of these assets.

As the American Society of Civil Engineers observed in its last report card, passenger rail service, like nearly all modes of transportation, depends on some portion government funding for its capital needs. As an asset-intensive industry with long-lived infrastructure, capital funding is the key ingredient for reliable service and effective networks. Yet, steady, reliable capital funding is precisely what America's intercity passenger rail network does not have, and that shortcoming is at the root of the problems I plan to cover in remarks today.

Without this sort of reliable funding over the five decades of Amtrak's existence, significant portions of our infrastructure, stations, and rolling stock have become outdated and aged beyond their useful

lives. At the same time, the network's assets are now being asked to accommodate far more traffic than they were designed to handle, making it more difficult to ensure safe, reliable, on time service.

In an era where perpetual highway congestion and environmental concerns highlight rail's compelling advantages, we should be discussing the significant upgrades to achieve speeds and levels of service found around the world today. To do that, we need adequate and stable funding to address our insufficient and outdated passenger car fleet and the railroad bridges, tunnels, and supporting systems that date back to the 1930s, the 1910s, or even 1873 and are in clear need of replacement.

Every day that goes by without a funded plan to address these projects brings us one day closer to a having an irrelevant transportation system stymied by unreliable structures creating reduced speeds and capacities, resulting in prolonged commute times and travel delays. These disruptions will impose significant costs – to individuals, to neighborhoods and cities, and to the nation – all when the use of intercity passenger rail should be increasing across our country.

The Northeast Corridor (NEC) is a prime example of the benefits of intercity passenger rail, as well as illustrate why delayed investment can have a profoundly negative impact to the region. The NEC rail network between Washington, D.C. and Boston, Massachusetts is an engine of economic activity for the United States in the delivery of workers to jobs, businesses to clients, goods to market, and people to their friends, family, and leisure activities. The NEC region is home to more than 51 million people and four of the ten largest metropolitan areas in the country. The NEC connects interdependent markets that collectively are a national and global force. Its economy is the fifth largest in the world, ahead of France and just behind Germany. Its commuter rail and Amtrak intercity services provide 820,000 trips each day, moving a workforce that contributes more than $50 billion annually to the national economy. Job density is even greater around the NEC's rail stations. Within one mile of the NEC stations, the average employment density is 680 times higher than the U.S. average. Rail connections not only provide residents of outlying communities with access to a broader range of jobs, but it also provides them with access to better paying jobs. Commuter rail riders on the NEC earn, on average, approximately twice the national average.

Passenger rail is a vital artery for this region. Amtrak carries more intercity passengers within the Northeast than all airlines combined. Service disruptions on the NEC caused by infrastructure failures, rail traffic congestion, and other factors already cost $500 million per year in lost productivity. Without higher levels of capital investment, those losses are likely to grow. An unexpected loss of the NEC for one day alone could cost the nation nearly $100 million in transportation-related impacts and productivity losses, roughly the daily economic output of cities like Winston-Salem, North Carolina, Portland, Maine, or Boulder, Colorado. Expert analysis suggests that

should the NEC not receive the necessary investments to accommodate anticipated growth by 2025, the country will bear an annual $1.2 billion cost in additional costs for the highway and aviation systems. If long-term, sustained, NEC investments are made, they will repay us with an annual $8.2 billion gained by 2040 in savings for the highway and aviation systems.

All one needs to do is visit New York Penn Station, Chicago Union Station, or Los Angeles Union Station at rush hour to see how infrastructure enables careers, fuels businesses, and fosters opportunity. Yet at the same time, we have seen how an infrastructure failure can dramatically impact these major centers of economic activity. For example, a 2017 track failure in New York Penn Station caused a low-speed derailment, and subsequent investigation led Amtrak to launch a significant work program. For decades, Amtrak has maintained and repaired this aging infrastructure, some of which dates to the 1970s, while the demands placed on it have grown significantly. The 2017 examinations made it clear that full replacement was required. During the summer of 2017, Amtrak kicked off its Infrastructure Renewal at New York Penn Station, and continues it to this day. The Infrastructure Renewal program is one element of Amtrak's plan to modernize stations, infrastructure, and equipment on the NEC. I am proud to say Amtrak completed this work so far on schedule, on budget, and with no significant injuries.

As important as the NEC is for Amtrak, the hub for our national network is Chicago, which is our fourth busiest station, with 3.3 million boardings and alighting in FY2018. Eight of our 15 Long Distance routes and nine of our 29 State-Supported routes start or end in Chicago. Combined, this represents about 55 trains per day there and these trains carried 5.2 million people in FY2018. These customers are dependent on the smooth functioning of our facilities in Chicago, whether or not they actually travel in or out of the station.

Intercity passenger rail delivers many similar benefits to cities outside of the NEC, too. Turning to Chicago, where Amtrak has joined with the U.S. Department of Transportation (USDOT), the State of Illinois, the City of Chicago, Metra, and the nation's freight railroads to form a first-of-its-kind partnership: the Chicago Region Environmental and Transportation Efficiency Program (CREATE). Since 2003, the CREATE Partners have worked to enhance the quality of life for Chicago area residents and the economic health of the nation by investing in critically needed improvements to improve the efficiency of the region's commuter, passenger and freight rail infrastructure while mitigating community impacts. CREATE calls for $4.4 billion in infrastructure investment that over a 30-year period will generate an estimated $31.5 billion in economic benefits. Some of these benefits are already being realized with the projects constructed to date.

Further west, rail has become an increasingly integral part of California's transportation system and will play a key role in accommodating the required growth in the coming years. Amtrak

operates more than 70 intercity passenger trains per day in California, serving 5.6 million boardings annually, up from 3.6 million a decade ago and now starting to approach our *Northeast Regional* service passenger counts. Additionally, California commuter rail ridership, some of which is operated by Amtrak, grew to nearly 33 million trips in 2016, up more than 50% from 21.6 million trips a decade earlier. These rail services connect to California's urban transit systems, which provided 1.5 billion trips in 2014.

To gain a sense of the scope and importance of our state supported trains, it is worth remembering that Amtrak partners with 21 agencies in 18 states to operate 29 state supported routes. In 2008, Section 209 of PRIIA (spell out if necessary, depending on where this goes) required states to fund all routes less than 750 miles in length using a single, jointly developed, standardized cost-sharing methodology. This methodology became effective in October 2013. Together, state supported carry 15 million passengers annually, almost half of all our customers. This number has grown by two-thirds over the last 20 years, and this growth shows every sign of continuing.

The trains that we operate under these agreements can be found across the country, from west coast where you can find the Cascades service in Oregon and Washington, and in California the *Capitol Corridor*, *Pacific Surfliner*, and *San Joaquins*. In the Midwest, Illinois and Wisconsin support the *Hiawatha*, Illinois and Missouri support the *Lincoln Service*, Illinois operates the *Carl Sandburg*, *Illini*, *Illinois Zephyr*, and the *Saluki*, Indiana supports the *Hoosier State*, Michigan supports the *Blue Water*, *Pere Marquette*, and *Wolverine*, and Missouri runs the *Missouri River Runner*. Further south, Oklahoma and Texas combine to run the *Heartland Flyer*.

In the Northeast, the *Downeaster* runs from Maine down to Boston, Vermont and Massachusetts support the *Vermonter*, Vermont and New York run the *Ethan Allen Express*, Massachusetts and Connecticut cooperate on service to Springfield, and New York operates the *Adirondack*, *Empire Service*, and *Maple Leaf*. Moving south, Pennsylvania operates the *Pennsylvanian* and the *Keystone Corridor*, Virginia supports trains that run from D.C. down to Newport News, Norfolk, Richmond, and Roanoke. Finally, North Carolina supports both the *Carolinian* and the *Piedmont*.

This growing network has seen recent extensions in Virginia and increased frequencies in Connecticut, Maine, Massachusetts, and North Carolina. Additional growth in 2019 is planned in California, Massachusetts, Oregon, Virginia, and Washington. A little further out, we anticipate expanding in Illinois, Kansas, Oklahoma, Pennsylvania, Texas, Vermont, and Wisconsin, and restoring service to the Gulf Coast between Mobile and New Orleans.

Beyond that, there are numerous markets where either the introduction or expansion of service makes sense and significant local interest has been expressed. Examples include Coachella Valley,

the Front Range, Illinois's Quad Cities, the Twin Cities, Indiana, and south of Richmond to Raleigh.

## PLANNING FOR THE FUTURE

In addition to the infrastructure challenges discussed today, our transportation system is facing unprecedented strains from several other important factors, including: population growth and urbanization, changing travel habits and demand, technological disruption, limited capacity, and network inefficiencies. Amtrak and intercity passenger rail can help, but to do so, Amtrak must modernize our passenger equipment, update our products, and expand our network. With a stronger foundation, we can provide more value to the nation.

If you look at today's Amtrak route map, it looks eerily similar to the one created in 1971. Yet, this nation has grown and changed during this time period, and this is expected to continue, and in fact accelerate, for several reasons. Population and economic growth, and the continuous trend over the last 20 years towards urbanization, are driving congestion and demand in major metropolitan areas and the corridors that connect them. In particular, the millennial generation, set to become the majority of the U.S. population this year, is changing the overall travel landscape with their preference for flexibility, constant connectedness, and affordability. While highways and air capacity is limited and performance is likely to get worse for these modes, intercity passenger rail can help provide a solution for these future travel demands. This pressure appears to be inevitable.

It is projected that the nation's population will grow to between 400 million and 450 million by 2050. It is anticipated that much of this growth will be in urban areas. We have already seen this growth trend begin in the twentieth century; for example, the population of rural America has stayed relatively flat, but the urban population has exploded during this same, increasing as a percentage of the total population from 45.6% in 1910 to 80.7% in 2010. To be clear, this urban growth is not limited to the northeast; it is actually happening at higher rates in metro areas outside the Northeast like the south, mountain west and west.

Unfortunately, many of these "megaregions" are underserved by intercity passenger rail. Just look at a map and you can see glaring gaps in Amtrak service to cities like Atlanta, Houston, Dallas, Orlando and Tampa, Denver, Salt Lake City, Las Vegas, Phoenix, Nashville, Austin, Cincinnati, New Orleans, and Birmingham. While some of cities are served by Amtrak, they only receive daily or tri-weekly service as part of our Long Distance network. These trains can only provide limited utility connecting such major population centers to adjacent cities and towns within intercity passenger rail's "sweet spot" of 400 mile corridors or less because of the limited

frequencies, often uncompetitive trips time, and very poor on-time performance, which only average 50%, owning to poor performance over many of our host freight railroads. The demand is clearly there for additional short corridor service throughout the U.S, which includes both additional frequencies for existing routes and establishing new routes between city pairs.

This is reinforced when you look at where Amtrak is most successful today. Approximately 85% of Amtrak's ridership comes from the top 100 metro areas. Further, approximately 96% of Amtrak trips are less than 750 miles in length. In fact, the vast majority of our riders' trips are less than 250 miles. The present network simply does not fit the future.

I mention this because in order for Amtrak to grow corridor service and better serve the nation, we must confront several challenges head on. First, investment in infrastructure, equipment, and stations, similar to what has been discussed today, is critical to growth of intercity passenger rail. Second, the current process of negotiation with our host railroads has often made it very difficult for Amtrak to add frequencies and new routes; this too must be addressed if passenger rail is to respond to the growing demand. The reauthorization of the Fixing America's Surface Transportation (FAST) Act creates both the opportunity and the necessity to rethink the role of intercity passenger rail in the national network. We want a strong partnership with Congress and other stakeholders and later this year Amtrak plans to propose a comprehensive reauthorization proposal for your committee to consider. Together, there is a bright future ahead for intercity passenger rail in the Unites States.

Now, as America needs more from its rails than ever before, I need you to consider these structures, to grasp their necessity, to learn their limitations, and to work with us to envision a new generation of infrastructure that will serve the country for future generations.

Having tried to convey the importance of this topic, let me shift to a review of the sorts of assets Amtrak requires to fulfill its mission. When railroaders speak of infrastructure, we usually include three categories in that term: fixed assets like bridges, tunnels, and our rights of way; rolling stock made up of our locomotives, passenger cars, and trainsets; and our stations. For many outside of our industry, fixed assets are the most easily understood category, so I will start there.

### FIXED-ASSET INFRASTRUCTURE

Amtrak owns and/or manages infrastructure nationwide with an estimated replacement value of $75.6 billion. Amtrak owns and operates 363 route-miles (or 1,169 "track-miles") of main line infrastructure on the NEC main line connecting Washington, D.C.; Philadelphia, Pennsylvania; New York, New York; and up to the Massachusetts/ Rhode Island border. Amtrak also owns branch lines of the NEC, is the responsible infrastructure manager for long term leased infrastructure on the Empire Line, and Amtrak is also responsible for track infrastructure assets nationwide,

including the segment between Porter, Indiana and Kalamazoo, Michigan; in Hialeah, Florida, and yard tracks and sidings in cities across the country.

This portfolio of assets has served the region and the country well. Nonetheless, Amtrak's funding levels over the years has never been sufficient to address all of the capital needs that come along with a physical plant that is in many places at or beyond its useful economic life. Congress took an important step in addressing this chronic shortfall with the Passenger Rail Investment and Improvement Act of 2008 (PRIIA). Section 212 of that legislation established the Northeast Corridor Commission and charged it with developing a formula to allocate NEC capital and operating costs based on usage, making recommendations to Congress, and facilitating collaborative planning. The Commission is made up of 18 members, including representatives from each of the eight NEC states, the District of Columbia, Amtrak, and the USDOT. Amtrak, states, and commuter railroads will contribute approximately $3.1 billion over the next five years through the NEC Commuter and Intercity Rail Cost Allocation Policy, helping create a reliable source of funding for the capital renewal of basic infrastructure assets. The NEC has hundreds of miles of aging track bed, hundreds of century-old small bridges, over a dozen century-old major bridges and tunnels, and power supply and signal systems that still rely on 1930s technology.

Unfortunately, Amtrak and the states alone do not have the funds to reduce the NEC state of good repair (SOGR) backlog, let alone address many of the major projects that are so critical to the region and the nation. Simply put, these infrastructure projects are perfect examples of why we cannot wait to invest in our infrastructure.

Portal North Bridge

The century-old Portal Bridge is a two-track swing bridge over the Hackensack River in New Jersey that rotates open for maritime traffic several times per month. 450 trains cross the bridge as they travel between Newark, New Jersey, and New York Penn Station every day. The bridge is a major bottleneck and source of delay for Amtrak and NJ Transit (NJT) trains – the aging mechanical and electrical components sometimes malfunction while opening and closing, causing a cascade of delays. It carries more passenger trains than any other rail bridge in the Western hemisphere.

The Pennsylvania Railroad constructed Portal Bridge in 1907 and began revenue operations in November 1910. The bridge earned the name "Portal," because it leads the NEC rail line to the "portal" of the North River Tunnel, located just three miles away. It consists of seven spans and totals 960 feet in length. The middle span is 300 feet long and pivots to open for marine traffic.

The swing span and special "miter rail" configuration pose maintenance and operational challenges. Due to age and fragility, trains are restricted to a maximum of 60 miles per hour over the bridge. Only 23 feet of clearance separate the Hackensack River and the bottom of the bridge.

Fully designed and permitted, early construction work on this project began in the summer of 2017. This work is funded by a Transportation Investment Generating Economic Recovery (TIGER) grant to NJT and includes the realignment of two 138kV transmission poles, the installation of new fiber optic cable poles, the installation of a construction access structure known as a finger pier, a steel bridge structure over the Jersey City Municipal Utility Authority water main, and a retaining wall just west of the Frank R. Lautenberg Station at Secaucus Junction.

Funding for approximately 50% of the estimated project cost has been committed by funding partners Amtrak and NJT including up to $600 million of bond proceeds by the State of New Jersey. The project was accepted into the Federal Transit Administration's Capital Investment Grant (CIG) Project Development pipeline in July 2016. Construction of this nationally significant project can start as soon as a federal financial commitment is in place. The new Portal North Bridge is estimated to cost approximately $1.6 billion. A financial plan and request to enter the next phase of the CIG process have been submitted to the U.S. Department of Transportation, so construction can proceed as soon as possible.

Hudson Tunnel Project

The Hudson Tunnel Project is intended to preserve the current functionality of Amtrak's NEC service and NJT's commuter rail service between New Jersey and New York Penn Station by repairing the existing North River Tunnel. It will also strengthen the NEC's resiliency and ability to support reliable service by providing redundant capacity under the Hudson River for Amtrak and NJT trains. These improvements must be achieved while maintaining uninterrupted commuter and intercity rail service and by optimizing the use of existing infrastructure. The project involves design and construction of a new rail tunnel under the Hudson River as well as the rehabilitation and modernization of the existing 108-year-old North River Tunnel.

The roughly 10-mile section of the NEC between Newark, New Jersey, and New York Penn Station is the busiest stretch of railroad in North America. Every day, 450 trains carry passengers making 200,000 intercity and commuter rail trips over just two tracks that cross the century-old Portal Bridge and traverse the North River Tunnel en route to a space-constrained New York Penn Station. In October 2012, Super Storm Sandy significantly damaged the North River Tunnel when both tubes (each containing one track) were inundated with millions of gallons of brackish sea water. The water was pumped out, but salts and chemicals left behind continue to degrade systems including the track structure and the concrete bench walls that line both sides of the tunnels.

Through these bench walls pass critical high-voltage cables and other infrastructure that powers NEC trains and the New York Penn Station terminal complex.

While the existing tunnel is safe for use, certain elements of tunnel infrastructure remain in poor condition as a result of the storm damage and have required emergency maintenance that disrupts service for hundreds of thousands of rail passengers throughout the region. Despite ongoing maintenance, the damage can only be addressed through a comprehensive reconstruction of the tunnel.

The benefits of completing this project are immense – it will preserve existing NEC service, improve reliability, add resiliency and system redundancy, and offer substantial environmental benefits. Not tackling this project invites disaster. A closure of just one tube of the North River Tunnel could reduce capacity by as much as 75% and force tens of thousands of commuters and travelers onto already congested bridges, tunnels, and highways in both New York City and New Jersey. The resulting congestion would lead to degradation of air quality throughout the region. The movement of people and goods to and from the nation's largest regional economy would be severely constrained, putting 10% of America's gross domestic product at risk.

Prior to issuing funding for the Hudson Tunnel Project, the Federal Railroad Administration (FRA) must consider the environmental effects of the Project in accordance with the National Environmental Policy Act (NEPA). On behalf of the local partners, NJT prepared and submitted an Environmental Impact Statement (EIS) to evaluate the Hudson Tunnel Project. Amtrak, in partnership with the PANYNJ, is conducting the preliminary engineering.

Work on the EIS was completed by the local partners on an accelerated 24-month schedule, roughly half the time a project of this magnitude would normally require. The EIS has been under review by FRA and USDOT since February 2018. A Record of Decision (ROD) is required to move the project forward and meet the project schedule.

In June 2018, as the 24-month period for advancing through the Project Development phase of the CIG process was ending, the PANYNJ transmitted a letter to the Federal Transit Agency (FTA) in which it reaffirmed the $5.5 billion in financial commitments by the Project Partners and assumed the role of NEPA Project Sponsor. The Final EIS/ROD is the next needed element to advance through the CIG process. While it was originally on track for completion in March 2018, it is currently still pending. An updated draft of the Final EIS was transmitted to FRA in December 2018 and remains under review with no additional timeline given.

<u>East River Tunnel</u>

The East River Tunnel (ERT) is actually made up of four single-track tubes that extend from the eastern end of New York Penn Station under 32nd and 33rd Streets in Manhattan and cross the East River to Long Island City in Queens. The tracks carry Long Island Rail Road (LIRR), which make up 72% of the 810 trains that move through them daily, Amtrak trains travelling to and from New York Penn Station and points to the north and east (17%), and out-of-service NJT trains moving to and from Sunnyside Yard (11%).

Following the inundation caused by Hurricane Sandy, Amtrak has conducted through analyses to ascertain the tunnels' conditions. While some cracks pre-dated the storm, the urgency has accelerated post-Sandy as corrosion (and the associated steel expansion) likely increased due to saturation of various structural elements. Accordingly, the Final Design phase includes a specific Task for the prioritization and design of intermediate repairs that can be implemented as needed between now and the full reconstruction outages to maintain safe operating conditions within the tunnels. The FRA and Amtrak inspection personnel are eager to resolve the spalling concrete, leaks, and deflecting splice chambers within the ERT, which are in all likelihood contributing to increased electrical or signal system faults.

The scope of the full reconstruction will include demolishing all interior components and systems of ERT 1 and 2 down to the concrete liner and rebuilding with modern electric traction, signals, and security systems, Direct Fixation Track, improved drainage, and a one-high-one-low benchwall layout for improved egress and equipment access. This approach will improve safety, reliability, and resiliency by creating a modernized egress path, maintaining dryer conditions within the trackbed, and moving critical equipment out of the tunnels.

Preliminary Design was initiated in Spring 2015 and culminated in a 30% Design Milestone in November 2016. The Final Design Notice to Proceed (NTP) was issued on July 31, 2017 and design will continue into early 2020, contingent upon receiving the important required outages for engineering observations, geodetic survey, LiDAR 3D-scanning, and material sampling that are essential to enable the design to progress. While tunnel track and station outages are always in demand for ongoing inspections, regular and emergency maintenance, and an increasing number of impacting projects and development, this project is a high priority for Amtrak and the region. Intermediate deliverables have already begun with a Value Engineering Workshop and Report. A Draft Repair Prioritization Report is expected in October to guide Amtrak on the priority and design of near-term repairs that can be implemented on an as-needed basis up to the time of full reconstruction. The cost of Final Design is approximately $20 million, in addition to the $3.25 million that has already been spent to date on Preliminary Engineering.

The timing for these critical full-tunnel outages is under study by a Tri-Venture group consisting of Amtrak, LIRR, and NJT. Operations analyses are ongoing to evaluate the required level of schedule modifications for each carrier under various scenarios that mostly involve interaction with the East Side Access Project. Outage durations for ERT 1 and 2 are estimated at roughly two years each, excluding preparatory work.

The latest cost estimate for the tunnel repair project is over $1 billion, depending on a variety of factors including when the project commences.

<u>Baltimore &Potomac Tunnel Replacement</u>

The Baltimore & Potomac (B&P) Tunnel is a two-track railroad tunnel running beneath central Baltimore City between Baltimore Penn Station and the West Baltimore Maryland Area Regional Commuter (MARC) station. This busy section of the NEC is used by Amtrak and MARC passenger trains, as well as Norfolk Southern Railway (NS) freight trains.

Built just after the Civil War in 1873, the B&P Tunnel is among the oldest infrastructure along the NEC. Due to its age, the tunnel is approaching the end of its useful life. Its obsolete design creates a low-speed bottleneck on this high traffic section of the NEC. Both the constriction of tunnel volume from four tracks to two tracks, as well as the tunnel's tight curvature, require trains to reduce speeds to 30 miles per hour, placing limitations on all train traffic. The tunnel requires replacement or will have to be taken out of service for significant rehabilitation to extend its useful life. Any closure of the tunnel will greatly jeopardize the intercity, commuter and freight rail traffic that relies upon the tunnel to move people and goods throughout the region.

The B&P Tunnel system is approximately 1.4 miles long and is comprised of three shorter tunnels: the John Street Tunnel, the Wilson Street Tunnel; and the Gilmor Street Tunnel. The narrow, single-bored, double-track tunnel was originally constructed out of brick and stone masonry, though repairs have added additional building materials over time. Electrification was added in the 1930s, and the tunnel was rehabilitated in the 1980s. That work was not intended as a permanent fix and continuously increasing maintenance is required to address water infiltration and masonry repairs on the aging structure.

The B&P Tunnel Project will improve service reliability and help make Amtrak and MARC less susceptible to maintenance-related delays. Its aging condition has resulted in increased maintenance needs. One such example is the high saturation of water in the soil beneath the tunnel; this causes the tunnel's aging floor slabs to slowly sink, forcing Amtrak to make repeated repairs. Amtrak performs thorough inspections and vigilant maintenance to ensure ongoing safety standards.

The existing tunnel does not provide sufficient capacity to meet projected passenger and freight rail demand through 2040 and beyond. When completed, this project will create new capacity to support additional Amtrak, MARC, and freight operations. New tunnels could free the existing tunnels for renewal and other uses.

The existing tunnel is not suited for modern high-speed train operations due to tight clearances and sharp curves, which limit train speeds. Replacement of the B&P Tunnel will allow for increased speeds through the Baltimore region. This improvement would contribute to unlocking the current bottleneck which now impedes operations along the most heavily traveled rail line in the country.

The FRA, Maryland Department of Transportation (MDOT), City of Baltimore and Amtrak have cooperated on an EIS for a replacement tunnel as required by the NEPA.

Funding is now needed to refine and finish design and start construction of the approximately $5 billion new tunnel system. Funding will be pursued through a combination of USDOT grant programs, funding for Amtrak, and local matches.

Susquehanna River Bridge

Amtrak's existing two-track Susquehanna River Bridge crosses the Susquehanna River between the City of Havre de Grace and the Town of Perryville in Maryland—roughly mid-way between Wilmington, Delaware and Baltimore, Maryland. The highly-used bridge serves Amtrak, MARC, and NS to carry passenger and freight trains across the Susquehanna River.

Owned by Amtrak, the Susquehanna River Bridge is the longest moveable bridge on the NEC and is a critical link for intercity, commuter, and freight connectivity in the Mid-Atlantic. Built in 1906, the bridge is approaching the end of its service life and will need to be replaced with a new structure to maintain future rail services across the Susquehanna River. The age of the bridge and its constriction from four to two tracks limits the speed and number of trains that can use the bridge. The replacement of the Susquehanna River Bridge is necessary to preserve reliability and allow the future expansion of both commuter and intercity service. The project will also significantly improve the navigation channel for maritime users.

The Susquehanna River Bridge was constructed in 1906 as a 4,000 foot multi-span truss bridge. The limited number of tracks across the river, combined with the wide variety of trains utilizing the bridge and the need for continual maintenance, results in tightly managed and restrictive operations. While regular, major repairs have occurred on the bridge since the 1960s, few repairs and/or inspections can be made without disrupting rail operations. The existing bridge's movable swing span causes train delays when opening is required for marine traffic, and large crews are

needed to operate the span because work must be done quickly. Each bridge opening introduces risks of significant train delays if a breakdown of the operating mechanisms were to occur.

In addition to passenger rail, the bridge provides critical freight connectivity to the Ports of Baltimore, Maryland and Wilmington, Delaware, moving manufacturing, agricultural and raw materials throughout the region, nation and around the globe.

The benefits of pursuing this project are similar to the other projects discussed today – more reliable, flexible, and faster service, expansion of future freight, commuter, intercity, and high-speed rail operations, improved maritime navigation and safety, and enhanced trade connectivity for economic growth.

With significant growth in passenger and freight rail service expected by 2040, the replacement bridge is being designed to accommodate future capacity needs. The new bridge design includes two new high-level, fixed bridges with a total of four tracks – doubling capacity compared to the current two tracks.

One of the new bridges would be built primarily to serve high-speed trains operating at speeds up to 160 miles per hour. With 60 feet of vertical clearance, the new fixed bridges will support better maritime uses along the river by maintaining navigation and eliminating the need to open and close for tall vessels.

Amtrak, the FRA, and MDOT have cooperated on an Environmental Assessment (EA) for a new replacement bridge, as required by the NEPA.

Funding is now needed to finish design and construct the estimated $1.7 billion new bridge. Funding will be pursued through a combination of federal grant programs, funding from Amtrak, and other state and local matches.

## ROLLING STOCK

Amtrak's equipment includes the railroad's fleet of passenger locomotives, railcars, and trainsets. The equipment is used to carry customers on the railroad's three intercity rail passenger service lines: Northeast Corridor, State Supported, and Long Distance. A significant portion of Amtrak's fleet is at or nearing the end of its useful service life.

As of late 2018, the active fleet includes some 262 road diesel locomotives, 66 electric locomotives, 1,408 passenger cars, and 20 high-speed trainsets. Additionally, Amtrak and various state partners own fleets of seven Talgo trainsets and 49 Alstom Surfliner railcars, with Amtrak owning 29 Talgo car equivalents and 39 Surfliner cars. Amtrak operates an additional 196 locomotives and railcars owned wholly by state partners.

With the railcar fleet averaging nearly 33 years of age, diesel locomotives averaging nearly 21 years of age, and a long lead-time to procure any replacement units, Amtrak is focused on the continued modernization of its passenger car, locomotive, and trainset fleets. Railcars in North American mainline passenger service typically have a service life between 30 to 50 years. Road diesel locomotives typically have a shorter lifespan than railcars, as do high-speed trainsets. Where exceptions to such average lifespans exist, it is because equipment is rebuilt at considerable expense and/or the equipment accrues fewer annual miles than most Amtrak equipment.

Amtrak plans to build upon our recent re-fleeting efforts to launch and/or complete nine major fleet initiatives to modernize Amtrak's passenger car, trainset, and locomotive fleets, which will largely feature replacement of most locomotives and railcars in Amtrak service today. Descriptions of each of the efforts follow, although more detailed explanations of all of them can be found in Amtrak's Five-Year Equipment Asset Line Plan.

<u>New Acela Trainsets</u>

First, as *Acela Express* nears its twentieth anniversary of service, replacement has become necessary for the fleet. Worldwide, high-speed trainset fleets typically have shorter service lives than conventional equipment. Further compounding the need for replacement is the insufficient capacity available on *Acela Express* on peak trips. In FY2016 Amtrak placed an order with Alstom for 28 Avelia Liberty trainsets to replace the existing *Acela Express* fleet while expanding capacity to meet future demand. Twenty *Acela Express* trainsets with 304 seats each will be retired when the 28 new trainsets with 380 seats each arrive, most in FY2021-FY2022. The additional sets allow for additional frequencies, including hourly New York-Boston service and half-hourly New York-Washington service during peak periods. The Alstom Avelia platform is a proven design currently operating in France and Italy, among other countries.

<u>New Diesel Locomotives</u>

Second, Amtrak's fleet of 200 P40 and P42 locomotives, currently used on all Long Distance routes and most State-Supported routes, is rapidly approaching the end of its useful life. Additionally, the units were ordered before the Environmental Protection Agency (EPA) impose'd locomotive emissions standards and are non-compliant with modern emissions standards. Amtrak has launched its own process for acquiring new diesel locomotives to replace the P40/P42 fleet and following a request for proposal (RFP), on December 20, 2018 announced the contract award to Siemens for a base order of 75 Charger locomotives for Long Distance routes, plus additional options to permit order growth to address the long-term needs of the network pending Congress's reauthorization of Amtrak in FY2020 and the completion of the Amfleet I procurements described below, which could influence locomotive quantity requirements. Factors that

will impact the specific quantity of locomotives required are discussed in more detail in our Five-year Equipment Asset Line Plan.

<u>Replacement of Amfleet I</u>

Third, Amtrak's 457 active Amfleet I cars and 16 ex-Metroliner cab control coaches that support our *Northeast Regional* trains and many State Supported services are at the end of their commercial and useful service lives. In FY2018 Amtrak launched an Amfleet replacement RFI. To survey the greatest possible number of qualified vendors, technologies, and products in the global marketplace, Amtrak has expressed interest in solutions including, dual-powered, diesel or electric multiple units MUs), unpowered trainsets, and single cars. While Amtrak's current fleet is mostly made up of individual railcars today, the global marketplace for intercity corridor rail passenger equipment since the 1970s has shifted towards trainsets with cabs at both ends, which eliminate the need to loop or wye equipment between trips. Amtrak's RFI was designed to determine how the railroad can best tap into this global marketplace of products and expertise. Amtrak issued an RFP for Amfleet I replacement equipment on January 18, 2019, using information learned from the RFI process and a performance-based specification developed by Amtrak and other stakeholders. Amtrak plans to make a contract award for base orders of one or more equipment solutions to replace Amfleet I and ex-Metroliner equipment, with options for additional fleet expansion in FY2019. Deliveries of Amfleet I replacement units will likely occur during the early-to-mid 2020s, following deliveries of Avelia Liberty high-speed trainsets. As part of this procurement, one of the most significant service improvements that Amtrak is seeking from re-fleeting is the elimination of engine changes for trains which travel on both the NEC and State-Supported routes. Should Amtrak obtain a dual-power capability for through trains between the NEC and state corridors, Amtrak would realize several benefits, including scheduled trip times reductions of 15 to 30 minutes (a reduction that would cost billions to achieve through right-of-way improvements), a decrease in locomotive movements and platform capacity utilization in busy terminals, an increase in on-time performance as the delay risk of locomotive changes was eliminated, and passengers would not lose lighting, climate control, or working toilets during engine changes. This more-attractive service would be less labor-intensive, needing less mechanical and yard-to-station transportation work and less total travel time which train crews must work to complete a given trip. At this time, some 20 train consists switch between diesel and electric power each day on the affected routes, which translates into a need for approximately 25 new trainsets or dual power locomotives (including spare ratios) to convert existing through trains to dual power. The plans of Amtrak's state partners Virginia and North Carolina to expand through service from the NEC to their respective state corridors would benefit from additional dual power consists. The dual power method chosen, and base and options quantities of dual powered equipment purchases, will be determined during FY2019 as part of Amtrak's review

16

of Amfleet replacement RFP responses and selection of a technology, and with the concurrence of relevant state partners. Dual power operations may commence by the mid-2020s along the affected routes.

Multilevel Fleet

Fourth, Amtrak currently operates a multilevel fleet of 242 Superliner I railcars built in 1979-1981 and 184 Superliner II cars built in the mid-1990s. These cars are used primarily on western Long Distance trains and on a few state corridors. Additionally, Amtrak operates a fleet of 49 Surfliner cars built around 2000 that is jointly owned by Amtrak and Caltrans and used exclusively on the *Pacific Surfliner*. Amtrak's California state partners also own 78 California I and II railcars that were built between 1993 and 2001; these cars are used exclusively on California state corridors. As this fleet is insufficient for current services, let alone future growth, Amtrak Superliners, Horizon/Amfleet equipment, and Comet IB railcars Caltrans acquired from NJT are also currently used to meet California state corridor service needs. California has seven Siemens Viaggio trainsets on order for use on the *San Joaquin* corridor but will need additional equipment to meet planned California state corridor growth in the coming decade. As a result of the age profile of Amtrak and California's multilevel fleets, a "sweet spot" appears between FY2026 and FY2031 for an optimally timed multilevel railcar replacement acquisition to standardize, modernize, and expand equipment on current multilevel routes. Such a procurement process would need to be begun early in the next decade and a key topic for the next Federal reauthorization of Amtrak is the future of the Long Distance routes that use this equipment. Congress will need to make decisions about the long-term prospects of these routes and provide sufficient associated funding levels so that Amtrak can procure appropriate types and quantities of this custom rolling stock.

Single-Level Long Distance Coaches

Fifth, while the current acquisition process focuses initially on the replacement of the Amfleet I and ex-Metroliner car fleets, Amtrak also has a smaller fleet of 139 active Amfleet II railcars that is also approaching the end of its useful service life. Built in the early 1980s, Amfleet II railcars are primarily used on Long Distance routes originating at clearance-constrained New York Penn Station and also on a few state corridor routes. Amfleet II replacements may either be procured as options to the Amfleet I replacement procurement, or as a later separate procurement, depending on the Amfleet I replacement product chosen.

Refresh and Reconfiguration

Sixth, Amtrak moved rapidly in FY2018 to refresh its Amfleet I and *Acela Express* fleets with new seat cushions, carpeting, lighting, and other passenger-facing features to help modernize passengers' experiences on board. Even with the significant and wholesale replacements of many car

fleets recommended in this plan, equipment in additional car fleets will require refresh, and some car fleets will require a more comprehensive reconfiguration in order to provide a consistent, modern passenger experience. Amtrak intends that such refresh and reconfiguration work will continue, particularly for the following fleets: Amfleet II coaches to be refreshed in a manner similar to Amfleet I upgrades; Superliner I and II coaches and sleeping cars need refreshed passenger seating, light emitting diode (LED) lighting, and surfaces, while restrooms and plumbing systems may require more substantial work; and Horizon cars in a program similar in scope to Amfleet I, with a focus on carpet and seat appearance.

<u>Mechanical Facilities</u>

Seventh, in the 35-40 years since Amfleets and Superliners were procured, many global rolling stock manufacturers have entered the market to service and maintain their manufactured fleets. Amtrak has taken advantage of original equipment manufacturer (OEM) expertise in the maintenance of *Acela Express* and has expanded the use of such capabilities to the ACS-64 and forthcoming Siemens Charger locomotives through Technical Services and Spares Supply Agreements (TSSSAs). In addition, Amtrak has signed a contract with OEM General Electric to replace most overhauls with Lifecycle Preventive Maintenance (LCPM) on the P40/P42 locomotive fleets. Further fleet procurements will likely continue this trend. As Amtrak moves further away from traditional heavy overhauls and towards smaller, more frequent component changes with increased vendor participation in maintenance, Amtrak's needs regarding back shops and terminal facilities will change. Amtrak currently operates three major back shops where heavy overhauls and restoration of damaged equipment occur: Wilmington, Delaware, which specializes in locomotives; Bear, Delaware, which specializes in Amfleet equipment; and Beech Grove, Indiana, which specializes in off-NEC equipment. With the wholesale re-fleeting of Amtrak over the next decade, a cross-functional team will examine Amtrak's future mechanical facility and terminal needs following re-fleeting and the expanded use of TSSSAs and LCPM.

The cost of outstanding fleet acquisitions will be significant and could approach some $3.5 billion through FY2024. This figure includes both Amtrak's cost of acquisitions and the full anticipated costs allocable to state partners under the PRIIA 209 Methodology that governs Amtrak and state cost sharing on State-Supported routes. It also includes some $525.1 million in non-passenger fleet acquisition expenses, such as track inspection and maintenance equipment.

In addition, Amtrak must secure funding to pay for its upcoming orders of locomotive options, Amfleet I replacement equipment, and single- and multi-level State Supported and Long Distance fleet replacement. While the exact quantities and product types chosen for Amfleet I and multi-level re-fleeting are still under development, Amtrak believes that the replacement of existing Amfleet equipment alone could approach some $1.4 billion through FY2024. Amtrak expects

that a significant portion, to be determined, of the cost of the Amfleet I replacement equipment will be reimbursed to Amtrak by its state partners.

Beyond FY2024, Amtrak estimates that an additional $1.0-1.5 billion may be necessary to complete the replacement of Amfleet I and Superliner I equipment and any related diesel locomotive options necessary to support such procurements, with costs to be allocated between Amtrak and its state partners. The costs of work necessary to convert mechanical facilities to support trainsets; replace Amfleet II and Superliner II fleets; and acquire additional equipment in to-be-determined quantities for service expansion have not yet been determined but will be included in future five-year plans.

Amtrak must also continue to perform necessary work on its existing fleet of locomotives and railcars until they are retired. To that end, Amtrak anticipates completing some 2,089 car and locomotive unit overhauls through the end of FY2024, at an estimated cost of some $1.380 billion; a large portion of which will be reimbursed by Amtrak state partners under the PRIIA 209 Equipment Capital Use Charge.

## STATIONS

The Amtrak network is currently made up of over 500 stations across 46 states, the District of Columbia, and three Canadian provinces. Each station is unique to the community served, spanning small towns to the nation's largest metropolitan areas, and provides the point of entry, resources and support to Amtrak's Northeast Corridor and National Network services, along with other transportation service. Amtrak is investing in critical projects that will enhance the passenger experience, sustain the national passenger network, provide much-needed additional capacity and improve reliability and safety.

Amtrak is the owner and manager of a nationwide portfolio of assets including over eight million square feet of station and maintenance facilities and five of our top 10 busiest stations. The asset portfolio is aging, suffers from decades of deterioration and needs modernization to meet growing demands. Despite these challenges, Amtrak's stations are community hubs and the surrounding markets present opportunities to extract value from our assets from commercial real estate development or partnerships with area institutions and the private sector.

At the five Amtrak-owned stations with the highest ridership (Major Stations) – New York Penn Station (#1 in ridership), Washington Union Station (#2), Philadelphia William H. Gray III 30th Street Station (#3) (Philadelphia 30th Street Station), Chicago Union Station (#4), and Baltimore Penn Station (#8), Amtrak has commenced Major Station Asset Development Programs. In these major urban markets, the challenges and opportunities facing Amtrak's asset portfolio are heightened. Projected ridership growth and regional economic growth create a substantial

and increasing demand on Amtrak's Major Stations that will only exacerbate SOGR needs. However, there is high potential to attract investment for transit-oriented development that enhances intermodal connections and integrates stations with surrounding neighborhoods to create an exceptional station experience, one which will retain and grow a loyal customer base.

Between now and FY2024, we plan to spend more than $1.8 billion on stations. This includes safety and mandates ($554.3 million), normalized replacement ($277.4 million), major backlog ($86.7 million), and improvements ($953.9 million). A large portion of the capital investments are directed towards major facilities that Amtrak owns. Work at many stations and facilities falls within more than one of these categories. While Amtrak is making good progress and has a strong five-year plan to invest in its stations, the needs far outweigh the available resources. Let me describe some of the major projects Amtrak is working to advance.

<u>New York Penn Station</u>

New York Penn Station is the busiest rail station in America and by far the most important in Amtrak's national intercity network. Amtrak leases space in the station to the LIRR and NJT, two of the nation's busiest commuter rail systems for which this facility is also the most important station. It serves more than 10 million Amtrak passenger trips annually, as well as over 100 million LIRR and NJT passenger trips. New York Penn Station accounts for more than $1 billion annually in Amtrak passenger revenue. These revenue and ridership totals are double those of any other station in the Amtrak network.

New York Penn Station's physical plant sees very heavy utilization, hosting about 1,300 daily trains between the three railroads and about 650,000 daily rail and subway passenger trips. Yet the station's passenger amenities, core capacity, track, platform, and vertical circulation were not designed for these high volumes and have not been substantially expanded as volumes have increased over the years. Its limited capacity and lack of long-term strategic planning and investment have limited Amtrak's opportunities to sustain ridership and revenue growth and has left key components of New York Penn Station's infrastructure in a state of disrepair.

Even with today's crowded conditions, New York Penn Station ridership is increasing and is projected to expand substantially by 2040. Increased passenger volumes will further stress the station's inadequate capacity on concourses and for customer circulation, retail, and back-of-house facilities. Amtrak is continuing a series of short-term, customer-focused capital improvements; beginning the transformation of station facilities related to the relocation of major Amtrak passenger-facing and back-of-house services to the Moynihan Train Hall, opening in 2021; and preparing for an expected master developer solicitation for Penn Station.

Longer-term, New York Penn Station must be expanded to provide additional tracks and platforms. The track and platform expansion is included in the Gateway Program's terminal expansion phase.

Baltimore Penn Station

The multi-year development and SOGR program addresses critical structural and building system repairs (including roof and building envelope); improves the customer experience with improvements to amenities, better ADA access and security; ensure capacity for ridership growth; and facilitates development of Amtrak-owned real estate assets at and near the station. Amtrak designated Penn Station Partners (PSP) in November 2017 as its master developer partner to implement the program. The scope of the master development project includes the creation of a master plan, critical SOGR of the historic headhouse, commercial development of the upper vacant floors of the headhouse, station expansion needed to meet passenger growth, a mixed-use development of adjacent Amtrak-owned parcels, and ongoing life cycle and asset preservation maintenance of the headhouse and station expansion areas.

Philadelphia William H. Gray 30th Street Station

The development and SOGR program at Philadelphia 30th Street Station will improve the customer experience and make the station future-ready by addressing station modernization and infrastructure needs while facilitating redevelopment of valuable assets at the station, including the retail concourse and office towers. In June 2016, Amtrak completed a master plan known as the 30th Street Station District Plan which envisions station improvements that will double its capacity and improve station amenities and develop 10 million square feet at the station and above the adjacent rail yards. Amtrak initiated a search for a master developer partner to undertake redevelopment of the station with the release of a request for quotation (RFQ) on May 1, 2018. The master development project, as defined in the RFQ, includes Station modernization and SOGR improvements, ongoing life cycle and asset preservation maintenance of the station building, office redevelopment, retail renovation, and operations and maintenance (O&M) management as near-term priorities, with concourse expansion and plaza improvements as potential future phases.

Chicago Union Station Master Plan

The purpose of the multi-year Chicago Union Station Master Plan program (Program) is to advance near-term improvements to address the most demanding of station capacity, accessibility, service, and safety issues. This Program is informed by the Chicago Union Station Master Plan, led by Chicago Department of Transportation (CDOT) in 2012 and was developed further under the Master Plan Phase 1A work led by Amtrak, with support from CDOT, Metra, and the Regional

Transportation Authority (RTA) (Project Partners) that has advanced preliminary design and planning across a suite of projects. The Project Partners are currently working together to establish a cost-sharing methodology and to identify funding to advance the program to final design.

Washington Union Station

The Washington Union Station Second Century Program will improve SOGR, increase passenger and rail capacity, improve the passenger experience to sustain a loyal, existing customer base and attract new riders, create a safe and secure facility for all users, and integrate a new air rights development above the rail terminal at Amtrak's second busiest station. At Washington Union Station, Amtrak owns the tracks, platforms, and related infrastructure north of the station while the USDOT is the owner of the station and parking garage, which is managed by the Union Station Redevelopment Corporation (USRC). Amtrak has a sublease for space in the Claytor Concourse.

In the near term (FY2019 to FY2026), the Second Century Program will redesign and expand passenger concourses, increase capacity, and improve operations in the station. Specifically, the near-term work will deliver a modernized and reconfigured concourse, improved station support spaces, as well as address key life safety issues. It will also advance construction of improvements to tracks and associated infrastructure and support facilities in the rail terminal such as a new crew base and satellite commissary.

In the longer term (FY2026 and beyond), the Second Century Program will provide for new tracks and platforms integrated into an expanded station with development above to accommodate future demand and capture associated ticket revenues, while also addressing SOGR, accessibility, and life safety issues. Currently the long-term program is advancing the on-going Union Station Expansion Project EIS in coordination with the project sponsor, USRC, as well as related studies for the long-term expansion and reconstruction of the station.

Moynihan Train Hall

The Moynihan Train Hall expands the nation's busiest train station, New York Penn Station, across 8th Avenue into the historic James A. Farley Post Office Building, the major component of a mixed-use redevelopment of the entire block. The Moynihan Train Hall will offer enhanced passenger facilities for Amtrak's Northeast Corridor, State-Supported, and Long Distance travelers in a grand concourse featuring a dramatic sky lit atrium.

Amtrak's Train Hall program goal is to reinvent the station experience to offer the best in customer amenities, technology, and operational efficiency. Amtrak's program includes several major initiatives: platform ventilation, back of house, ticketed waiting room, Metropolitan

Lounge, subbasement improvements, construction support, and implementation. Several work streams have been formed to advance implementation planning including addressing agreements, wayfinding and customer information, security and policing, concourse and operations, engineering, communications and marketing and information technology.

The Moynihan program requires extensive daily collaboration with a broad set of both internal and external stakeholders across a variety of disciplines on dozens of related initiatives. Amtrak is providing for the needs of Acela 2021 customers in New York City, Amtrak's most important market, while assuring pleasant, reliable, and efficient operations for all customers and employees. Capital improvements for Moynihan Station are included in the Acela 21 program described in the following section.

Among the challenges in developing a plan to manage Amtrak's station assets are: working with other stakeholders, such as states, cities and host railroads that own many of the stations we utilize, and state DOTs and commuter agencies that either own or utilize stations served by Amtrak and have their own service goals; making improvements that align with new Amtrak guidelines for station aspects such as branding and signage so as to provide consistent and recognizable products and services; managing station roll-outs of technological updates such as ticketing and baggage handling upgrades; and coordinating Amtrak station management plans with our asset development and monetization initiatives.

CONCLUSION

As I hope my testimony makes clear, the United States cannot wait any longer to invest in intercity passenger rail; the cost of doing nothing is simply too great for this nation to bear.

Amtrak's mission, given to us by Congress, is to provide efficient and effective intercity passenger rail mobility consisting of high-quality service that is trip-time competitive with other travel options. Our mission is consistent with, and is ultimately dependent upon, sufficient investment in our nation's infrastructure. Therefore, Amtrak cannot do it on its own; we need Congress to take action, whether it is through an "infrastructure bill" that increases federal funding into existing authorized programs or by establishing new federal policies and grant programs through the forthcoming reauthorization of surface transportation programs. If Congress tackles the challenges I outlined today, I am confident Amtrak will provide safe, reliable, convenient, and comfortable service that will be a "game changer" for Americans across the nation.

I look forward to working with each of you. While the challenges described today are difficult, they can be overcome. At Amtrak, we owe our customers, and your constituents, nothing less.

Thank you for the opportunity to appear before you today, and I welcome your questions.