# EXHIBIT 20

# HNB Investment Corp.

225 HIGH RIDGE ROAD, SUITE 300 WEST, STAMFORD, CT 06905 ● TELEPHONE (203) 348-1350

VIA EMAIL AND OVERNIGHT COURIER

November 21, 2016

National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002
Attention: Michael McGee
         Senior Vice President and Treasurer

Re: Lease of Railroad Equipment

Ladies and Gentlemen:

Reference is made to the (i) Participation Agreement, dated as of November 6, 2000 (as amended and supplemented (the "Participation Agreement")) among National Railroad Passenger Corporation ("Amtrak"), HNB Investment Corp. ("Owner Participant"), Export Development Corporation ("Loan Participant"), AllFirst Bank ("Indenture Trustee"), Wilmington Trust Company, in its individual capacity only to the extent expressly stated therein and Amtrak Trust HS-EDC-1 ("Lessor") and (ii) the Lease of Railroad Equipment, dated as of November 6, 2000 (as amended and supplemented (the "Lease")) between Lessor and Amtrak relating to the lease of Dual Cab, High-Horsepower Electric Locomotives (the "Locomotives") and High-Speed Trainsets. All capitalized terms used but not defined herein shall have the respective meanings ascribed thereto in the Participation Agreement.

Owner Participant has learned from Amtrak's website[1] and from other published reports that Amtrak made the determination as early as 2012 to retire the Locomotives due to reliability problems and correspondingly high per capita maintenance costs. That determination by Amtrak constitutes a Casualty Occurrence under Section 7 of the Lease. Amtrak was required to notify Owner Participant within 30 days after such determination whether it intended to substitute Replacement Units for the retired Locomotives or pay the Casualty Value and the other amounts due under Section 7.3 of the Lease. Section 7.1 of the Lease provides that Amtrak's failure to provide such notice constitutes an election to proceed in accordance with Section 7.3 to pay the Casualty Value and other amounts due thereunder on the applicable Casualty Value Determination Dates. Since the Locomotives were no longer listed as Active Units as of October 1, 2014 in Amtrak's FY 2015 Budget and Business Plan[2], all amounts due under Section 7.3 of the Lease, including Casualty Value, should have been paid not later than early in 2015.

---

[1] Pages 24 and 25 of Amtrak's 2012 Fleet Strategy are attached.
[2] Page 23 of Amtrak's FY 2015 Budget and Business Plan is attached.

In addition, Owner Participant must assume that the failure to keep the Locomotives in service is an indication that the Locomotives are no longer being maintained in accordance with the requirements of Section 12 of the Lease.

As Owner Participant, we have made numerous attempts to call and email you to address the above matters but have received no response. If we do not hear from you by December 2, 2016 we will instruct the Owner Trustee to send you the notice of Lease Event of Default and Lease Default in the form of the attached letter.

We hope to hear from you prior to December 2, 2016 so that we can discuss a mutually acceptable resolution, including an early election of the EBO Purchase Option with respect to all Equipment Owner Participant has under lease to Amtrak, so that we may avoid the necessity of sending you the attached notice and exercising our remedies under the Lease, the Equity Guarantee Agreement and/or Applicable Law.

Please contact Alex Russo at telephone number (203) 708-8204 or by electronic mail at Alex.Russo@us.pm.com to discuss the foregoing.

Sincerely,

HNB Investment Corp.

By: *[signature]*

Name: Alex T. Russo
Title:  Vice President

Encs.

cc: Reuben Vabner
Senior Director, Corporate Finance
National Railroad Passenger Corporation
VabnerR@amtrak.com

Jill M. Himmer
Associate General Counsel
National Railroad Passenger Corporation
Jill.Himmer@amtrak.com

39520.000395 EMF_US 62907645v3


## 7. Current Fleet Issues

Amtrak faces two (2) major fleet issues at present. These are:

1. Age Profile –

    
    Figure 10: Amfleet II Coach, primarily used on long distance services

    - The average age of the Amtrak fleet is just over 28 years. Several car types have exceeded their commercial life and are in need of replacement. Many more are approaching the point where they will require replacement. Because we intend to aggressively pursue new equipment procurement in more significant quantities, there will be a requirement to sustain aging equipment in service as the replacement process begins. Amtrak has the ability to achieve this by sustaining the current fleet during the transition and beyond to accommodate growth by selectively retaining the most serviceable equipment from the existing fleet.

2. Capacity –

    - Amtrak's core services have seen significant ridership growth while the state supported services have also seen both substantial ridership growth and increases in service levels. In the short term, these needs have been met by returning stored and wreck/damaged equipment to service. Ridership on Amtrak's core services is expected to increase with current service patterns, and would grow even more with increased service.

    
    Figure 11: HHP-8 electric locomotive

    - Growth in demand for service is already apparent. Consequently, we will need to expand capacity as we replace equipment. Whether this is addressed through a "cascade" mechanism or whether new equipment will be allocated to new or growth services is a decision to be made at the time, based on service demands, the equipment support and use considerations and the funding sources (and volumes) that are being utilized to deliver the services.

    - Reliability of the electric locomotive fleet remains a critical issue for NEC service. The three (3) types of locomotive in service (AEM-7 DC, AEM-7 AC and HHP-8) all have reliability issues. However, with the incoming delivery of the 70 new electric locomotives beginning in FY2013, a plan is now place to create



a single homogenous fleet of modern electric locomotives. This will displace the existing locomotives, including the HHP-8s which are relatively new. Various alternatives, including the retention of a reserve fleet, are under consideration.

## Locomotives

| Equipment Type | Active Units 10/1/2014 | Year Started in Service | Average Age in 2015 | Average Mileage | Notes |
|---|---|---|---|---|---|
| P32 | 18 | 1991 | 23 Years | 2,138,000 | |
| P32DM | 17 | 1995 - 1998 | 18 Years | 1,960,000 | |
| P40 | 16 | 1993 | 21 Years | 2,585,000 | |
| P42 | 193 | 1996 - 2001 | 15 Years | 2,752,000 | |
| F59PHI | 21 | 1998 | 16 Years | 1,856,000 | |
| AEM-7 | 39 | 1980 - 1988 | 32 Years | 4,327,000 | |
| HHP-8 | 0 | 1999 - 2001 | 14 Years | 1,379,000 | |
| ACS-64 | 22 | 2014 | 0 Years | 14,000 | |
| California Diesels | 17 | 1991 - 2001 | 18 Years | 1,957,000 | (i) |
| North Carolina Diesels | 6 | 1988 - 1998 | 23 Years | 415,000 | (i) |
| Switchers | 50 | 1950 - 2013 | 36 Years | N/A | |
| **Total** | **399** | | | | |

(i) California and North Carolina diesel locomotives are not Amtrak-owned

## Trainsets

| Equipment Type | Active Sets 10/1/2014 | Year Started in Service | Average Age in 2015 | Average Mileage | Notes |
|---|---|---|---|---|---|
| Acela | 20 | 2000 | 14 Years | 2,125,000 | (j) |
| Cascades Service | 7 | 1999 - 2013 | 11 Years | 2,326,000 | (k) |

(j) 20 Trainsets = 40 power cars; 120 trailer cars plus one (1) non-revenue track geometry car

(k) Washington State owns 3 trainsets, Oregon DOT owns 2 trainsets, Amtrak own 2 trainsets



[Letterhead of Wilmington Trust Company]

December 2, 2016

National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002
Attention: Michael McGee
          Senior Vice President and Treasurer

Re: <u>Lease Event of Default and Lease Default</u>

Ladies and Gentlemen:

Reference is made to (i) Lease of Railroad Equipment, dated as of November 6, 2000 (as amended and supplemented (the "Lease")) between Amtrak Trust HS-EDC-1 ("Lessor") and National Railroad Passenger Corporation ("Amtrak") relating to the lease of Dual Cab, High-Horsepower Electric Locomotives (the "Locomotives") and High-Speed Trainsets and (ii) the Casualty Occurrence that has occurred under Section 7 of the Lease with respect to each of the Locomotives that Amtrak has retired from service. All capitalized terms used but not defined herein shall have the respective meanings ascribed thereto in the Lease.

Lessor hereby notifies Amtrak that a Lease Event of Default under Section 13.1(i) of the Lease has occurred and is continuing with respect to Amtrak's failure to pay Casualty Value within 5 Business Days of the respective Casualty Value Determination Dates for each of the Locomotives that it has retired from service.

Lessor hereby notifies Amtrak that a Lease Default exists under Section 12 and Section 15.2(iii)(b) of the Lease with respect to Amtrak's failure to maintain the Locomotives in accordance with the provisions of Section 12 of the Lease and this letter shall constitute notice under Section 13.1(v) of the Lease.

This notice shall not constitute a waiver of any other right, power or remedy available to Lessor or Owner Participant under the Lease, any other Operative Document, including, without limitation, the Equity Guarantee Agreement or Applicable Law.

                                     AMTRAK TRUST HS-EDC-1

                                     By: Wilmington Trust Company
                                            not in its individual capacity, but solely as Owner Trustee, Lessor

                                     By: _____
                                     Name:
                                     Title:

cc:     Alex Russo
          Vice President
          HNB Investment Corp.
          Alex.Russo@us.pm.com

          Reuben Vabner
          Senior Director, Corporate Finance
          National Railroad Passenger Corporation
          VabnerR@amtrak.com

          Jill M. Himmer
          Associate General Counsel
          National Railroad Passenger Corporation
          Jill.Himmer@amtrak.com