# EXHIBIT 53

NATIONAL RAILROAD PASSENGER CORPORATION
1 Massachusetts Avenue, NW, Washington, DC 20001

**AMTRAK**

September 14, 2017

Robert P. Hines, Jr.
Wilmington Trust Company, as Owner Trustee
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

Dear Mr. Hines,

I am writing in response to your Notice of Lease Default dated September 7, 2017, which was received by Amtrak on September 8, 2017. Reference is made to the Lease of Railroad Equipment dated as of November 6, 2000 (as amended and supplemented, the "Lease") between Amtrak Trust HS-EDC-1 and National Railroad Passenger Corporation ("Amtrak") with respect to eight (8) dual cab, high-horsepower electric locomotives (the "Locomotives") and six (6) High-Speed Trainsets. Capitalized terms used herein shall have the meanings set forth in the Lease.

Please be advised that no Lease Default has occurred and is continuing under the Lease. Amtrak continues to pay all Base Rent when due and Amtrak's use and maintenance of the Units, including, the Locomotives, is in full compliance with the express terms of the Lease.

On June 27, 2017, the Owner Participant conducted an inspection of the Locomotives. The inspection report (i) confirmed that the Locomotives are being maintained in accordance with the Lease; (ii) showed that a number of the Locomotives are in the maintenance shop for maintenance work in compliance with the Lease, and (iii) included a number of photos showing the ongoing maintenance work being conducted by Amtrak to remain in compliance with the Lease. The inspection report showed no systems being marked as "X" for defective, and concluded that "it appears all units will be completed and ready to be sold to another rail system in the near future." There is no factual evidence to support your claim that the Locomotives are not being properly maintained.

In accordance with market standards for the leasing of transportation equipment, the Lease does not require that Amtrak keep the Locomotives "in-service" nor does the Lease expressly prohibit taking the Locomotives out of service. Accordingly, Amtrak is continuing to use the Equipment in "any manner consistent with the design and intended use of the Equipment" as provided for in the Lease, including, without limitation, proper storage of the Locomotives while they are not in use and conducting maintenance in accordance with all applicable laws, manufacturer guidelines and Amtrak's maintenance program.

With respect to your request for an additional inspection, Amtrak will continue to comply with the terms of the Lease and will cooperate with a request to inspect the Locomotives at a reasonable time which does not interfere with Amtrak's business or result in any out-of-pocket expenses. Please feel free to contact Jaret Ings at 202-906-3230 or jaret.ings@amtrak.com to coordinate the inspection.

NATIONAL RAILROAD PASSENGER CORPORATION
1 Massachusetts Avenue, NW, Washington, DC 20001

**AMTRAK**

We reserve all rights to use all avenues available to us under applicable law to pursue any claims for any false or misleading statements in your Notice of Lease Default.

Sincerely,

*[signature]*

Swati Sharma
Vice President and Treasurer

**NATIONAL RAILROAD PASSENGER CORPORATION**
1 Massachusetts Avenue, NW, Washington, DC 20001



cc:

HNB Investment Corp, as Owner Participant
c/o Philip Morris Capital Corporation
225 High Ridge Road
Suite 30 West
Stamford, CT 06905
Attention: Alex Russo, Vice President

Manufacturers and Traders Trust Company, as Indenture Trustee
c/o Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001
Attention: Corporate Trust Administration, Lynette Hilgar, Relationship Manager

Export Development Corporation, as Note Holder and Equity Guarantor
151 O'Connor Street
Ottawa, Canada K1A 1K3
Attention: Loan Operations, Danyelle Plunkett, Loan Services Officer

National Railroad Passenger Corporation
Attention: William N. Feidt
Attention: Jill Himmer