UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PHILIP MORRIS CAPITAL CORP. et al., :
:
                         Plaintiffs, : 19-CV-10378 (JMF)
:
        -v- : ORDER
:
NATIONAL RAILROAD PASSENGER CORP., :
:
                         Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 36, Defendant's earlier motion to dismiss filed at ECF No. 22 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **March 25, 2020**. Defendant's reply, if any, is due by **April 1, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

      The Clerk of Court is directed to terminate ECF No. 22.

      SO ORDERED.

Dated: February 26, 2020
       New York, New York
                                                         JESSE M. FURMAN
                                            United States District Judge